AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

5:19mc94

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP - 3 2019

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| Tierra VeTierra Verde Escarde Escape, LLC et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:16-cv-00100 |
| The Brittingham Group, LLC et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* **12/12/2018**.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date   08/27/2019

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIERRA VERDE ESCAPE, LLC, TOW
DEVELOPMENT, LLC, and AMI
INVESTMENT HOLDINGS, LLC,

    Plaintiffs,

v.

THE BRITTINGHAM GROUP, LLC,
CHARLES T. NOCK, JOHN C. NOCK,
and BRIAN D. BRITTSAN,

    Defendants.
_____/

Case No. 1:16-CV-100

HON. GORDON J. QUIST

## JUDGMENT IN FAVOR OF THE PLAINTIFFS AND AGAINST THE DEFENDANTS, JOINTLY AND SEVERALLY

For the reasons stated in the accompanying memorandum opinion,

**IT IS ORDERED** that Plaintiffs' Motion for Entry of Judgment of Arbitration Award (ECF No. 113) is **granted**.

**IT IS FURTHER ORDERED** that the September 24, 2018, Final Award is confirmed.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in accordance with the September 24, 2018, Arbitrator's Final Award. In particular, Defendants jointly and severally shall pay Plaintiffs compensatory damages in the amount of $550,000 to each Plaintiff (for a total of $1,650,000), plus prejudgment interest at 6%, compounded monthly as set forth in the September 24, 2018, Final Award. (ECF No. 114 at PageID.855.) Defendants, jointly and severally, with the exception of Defendant Charles T. Nock, shall pay each Plaintiff exemplary damages in the amount of $500,000 (for a

total of $1,500,000). Additionally, Defendants, jointly and severally, shall pay the administrative fees and expenses of the International Centre for Dispute Resolution, totaling $18,975, and shall pay the compensation and expenses of the arbitrator, totaling $49,330.06. Defendants, jointly and severally, shall reimburse Plaintiffs $24,665.03 for the fees and expenses of the arbitrator, which represents the portion of the fees and expenses in excess of the apportioned costs previously billed to Plaintiffs.

This case is **concluded**.

Dated: December 12, 2018

/s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 8/27/19

## KUIPER KRAEMER<sup>PC</sup>

ATTORNEYS · AT · LAW

Thomas A. Kuiper
Scott W. Kraemer
Holly A. Jackson
Jack L. Hoffman
Nicholas V. Dondzila

180 Monroe Avenue, NW
Suite 400
Grand Rapids, MI 49503
616.454.3700 Phone
616.454.0441 Fax
www.kuiperkraemer.com

August 27, 2019

US District Court
Western District of Arkansas
John Paul Hammerschmidt Federal Building
35 East Mountain Street
Room 510
Fayetteville, Arkansas 72701-5354

      *Re:*   *Tierra Verde Escape, LLC, et al v The Brittingham Group, LLC, et al*
             *US District Court of Michigan Case No: 1:16-CV-100*

Dear Clerk:

      Enclosed for filing with the US District Court for the Western District of Arkansas is the Certification of a Judgment to Be Registered in Another District along with the Judgment in Favor of the Plaintiffs and Against the Defendants, Jointly and Severally in the above-entitled matter. Please feel free to contact me with any questions.

      Very truly yours,

      KUIPER KRAEMER PC

      By: *Nicholas Dondzila*

      Nicholas V. Dondzila

/skb
Enclosure
C:   Christopher Newberg